# United States District Court
## Southern District of Georgia


FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 NOV 21 PM 3:01
[signature]
SO. DIST. OF GA.

MICHAEL ANSLEY, et al.,

_____
Plaintiff

Case No.  CV 114-202 ERK

v.   BONNAROO RESTAURANT GROUP II, LLP, et al.

_____
Defendant

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of November, 2014.

[signature]
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Michael A. Caldwell, Esq.

Business Address: DeLong Caldwell Bridgers & Fitzpatrick, LLC
Firm/Business Name

101 Marietta Street, NW
Street Address

Atlanta   GA   30303
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(404) 979-3150        102775
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   michaelcaldwell@dcbflegal.com