UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRYCE ANSLEY, MICHAEL CULLINAN, III,
PHILIP JORDAN, JR., BRENLI LLOYD,
SHALACE MCLEOD, MATTHEW MOORE,
ERIC RICHARDSON, ASIA STEED-POOSER,
SHAWNA TAYLOR, RYAN WILLIAMSON,

    Plaintiffs,

v.      Civil Action No. CV114-209

BONNAROO RESTAURANT GROUP II, LLP,
and HIELAN PAYROLL, LLC,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Order of this Court entered on January 14, 2015, Judgment is hereby **ENTERED** in favor of the Plaintiffs, BRYCE ANSLEY, MICHAEL CULLINAN III, PHILIP JORDAN, JR., BRENLI LLOYD, SHALACE MCLEOD, MATTHEW MOORE, ERIC RICHARDSON, ASIA STEED-POOSER, SHAWNA TAYLOR, and RYAN WILLIAMSON, and against the Defendants, BONNAROO RESTAURANT GROUP II, LLP, and HIELAN PAYROLL, LLC, both jointly and severally, in the following respective amounts:

| PLAINTIFF | AMOUNT OF JUDGMENT |
|---|---|
| Bryce Ansley | $2,596.82; |
| Michael Cullinan III | $3,051.40; |
| Philip Jordan, Jr. | $1,733.32; |
| Brenli Lloyd | $2,068.00; |
| Shalace McLeod | $2,488.00; |
| Matthew Moore | $1,651.52; |
| Eric Richardson | $4,282.82; |
| Asia Steed-Pooser | $1,122.32 |
| Shawna Taylor | $4,184.38; |
| Ryan Williamson | $3,115.64. |
| **TOTAL JUDGMENT** | **$26,294.22** |

JANUARY 14, 2015
Date

SCOTT L. POFF
Clerk

(By) Deputy Clerk