IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRYCE ANSLEY, MICHAEL CULLINAN III, PHILIP JORDAN, JR., BRENLI LLOYD, SHALACE MCLEOD, MATTHEW MOORE ERIK RICHARDSON, ASIA STEED-POOSER SHAWNA TAYLOR, RYAN WILLIAMSON<br><br>Plaintiffs,<br><br>v.<br><br>BONNAROO RESTAURANT GROUP II, L.P. and HIELAN PAYROLL, LLC,<br><br>Defendants. | CASE No. 1:14-cv-00209-JRH-BKE |

## ORDER

Upon review of the information contained in the Joint Motion for Approval of Attorney's Fees, Costs, and Expenses, as well as the supporting documents submitted by the Parties for the review and approval of the Court, the Court finds that the attorney's fees, costs, and expenses of Plaintiff's counsel are fair, reasonable, and in accordance with the requirements of the Fair Labor Standards Act. For good cause shown, the Court orders that a Final Judgment shall be entered against Bonnaroo Restaurant Group II, L.P. and Hielan Payroll, LLC, jointly and severally, and in favor of the Plaintiffs in the total amount of $11,803.50. The Clerk is directed to enter the Final Judgment as set forth herein.

**IT IS SO ORDERED**, this 19th day of February, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA