AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRYCE ANSLEY, MICHAEL CULLINAN, III, PHILIP JORDAN, JR., BRENLI LLOYD, SHALACE MCLEOD, MATTHEW MOORE, ERIK RICHARDSON, ASIA STEED-POOSER, SHAWNA TAYLOR, and RYAN WILLIAMSON,
    Plaintiffs,

v.

BONNAROO RESTAURANT GROUP II, L.P., and HIELAN PAYROLL, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 114-209-JRH-BKE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 19, 2015, Final Judgment as to as to attorney's fees, costs, and expenses, is hereby ENTERED in favor of the Plaintiffs, BRYCE ANSLEY, MICHAEL CULLINAN, III, PHILIP JORDAN, JR., BRENLI LLOYD, SHALACE MCLEOD, MATTHEW MOORE, ERIK RICHARDSON, ASIA STEED-POOSER, SHAWNA TAYLOR, and RYAN WILLIAMSON, and against the Defendants, BONNAROO RESTAURANT GROUP II, L.P. and HIELAN PAYROLL, LLC, jointly and severally, in the amount of $11,803.50.

| FEBRUARY 19, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03